**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): ______________ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name** Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other CRS930216815. Describe identifier Mexican Tax ID.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other ______________. Describe identifier ______________.

3. **Name of foreign representative(s)** Robert Wagstaff

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** Appointed foreign representative by letter dated March 22, 2024 of the liquidator, who was in turn appointed by the 52nd Civil State Court of Mexico City, Mexico in the pending Chapter 15 Debtor's corporate liquidation proceeding (Case No. 691/2022).

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
A copy and certified translation of the order entered by the 1st Federal District Court for Bankruptcy Matters in Mexico City, Mexico commencing the Mexican Prepack Proceeding and letter appointing the foreign representative, each attached to the Mexican Law Declaration

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
A corporate liquidation proceeding (Case No. 691/2022) with respect to the Chapter 15 Debtor is pending before the 52nd Civil State Court of Mexico City, Mexico.

☐ Yes

Debtor Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Name

Case number (*if known*) ____________________

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Mexico

**Debtor's registered office:**

Av. Insurgentes Sur, No. 730, 20th Floor
Number Street

Col. Del Valle Norte, Alcaldia Benito Juarez
Address Con't.

Mexico City 03103
City ZIP/Postal Code

México
Country

**Individual debtor's habitual residence:**

____________________
Number Street

____________________
P.O. Box

____________________
City State/Province/Region ZIP/Postal Code

____________________
Country

**Address of foreign representative(s):**

600 Brickell Avenue, Suite 2550
Number Street

____________________
P.O. Box

Miami FL 33131
City State/Province/Region ZIP/Postal Code

United States of America
Country

**10. Debtor's website** (URL)

https://www.creal.mx/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

- ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
- ☐ Partnership
- ☐ Other. Specify: ____________________

☐ Individual

Debtor Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Name
Case number (*if known*)

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: ______.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: ______.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Robert Wagstaff — Signature of foreign representative

Robert Wagstaff — Printed name

Executed on 02/07/2025 (MM / DD / YYYY)

✘ ______ — Signature of foreign representative

______ — Printed name

Executed on ______ (MM / DD / YYYY)

**14. Signature of attorney**

✘ /s/ John H. Knight — Signature of Attorney for foreign representative

Date 02/07/2025 (MM / DD / YYYY)

John H. Knight
Printed name

Richards, Layton & Finger, P.A
Firm name

920 North King Street
Number Street

Wilmington — City
DE — State
19801 — ZIP Code

(302) 651-7700 — Contact phone

knight@rlf.com — Email address

3848 — Bar number

DE — State