IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | ) | Case No. 22-10630 (TMH) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Credito Real, S.A.B. de C.V., SOFOM, E.N.R. | ) | Involuntary Case No. 22-10696 (TMH) |
| | ) | |
| Putative Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. [1] | ) | Case No. 25-10208 (TMH) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 11, 2025 AT 3:00 P.M. (ET)**

> **This hearing will be conducted in-person in Courtroom # 7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. the deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

[2] **Amended items appear in bold.**

> **COURTCALL WILL NOT BE USED FOR THIS HEARING.** to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

I.  **MATTERS GOING FORWARD:**

**CASE NO. 25-10208 (TMH)**

1.  Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 2 – filed February 7, 2025] (the "Recognition Motion")

    Objection / Response Deadline:  March 4, 2025 at 4:00 p.m. (ET); extended to March 6, 2025 at 12:00 p.m. (ET) for the Office of the United States Trustee

    Objections / Responses Received:

    A.  Objection of United States International Development Finance Corporation to Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 30 – filed March 3, 2025]

    B.  United States Trustee's Reservation of Rights to Petitioner's Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 31 – filed March 6, 2025]

    Related Documents:

    i.   Chapter 15 Petition for Recognition of Foreign Proceeding [Docket No. 1 – filed February 7, 2025]

    ii.  Declaration of Juan Pablo Estrada Michel Pursuant to 28 U.S.C. § 1746 in Support of the Petitioner's Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 3 – filed February 7, 2025]

    iii. Order Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 (I) Scheduling Hearing and (II) Specifying Form and Manner of Service of Notice [Docket No. 23 – filed February 12, 2025]

iv. Notice of Filing and Hearing on Petition Under Chapter 15 of the United States Bankruptcy Code and Motion for Related Relief [Docket No. 24 – filed February 12, 2025]

v. Foreign Representative's Witness and Exhibit List for Hearing Scheduled for March 11, 2025 at 3:00 p.m. (Prevailing Eastern Time) [Docket No. 37 – filed March 7, 2025]

vi. Foreign Representative's Reply in Support of Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. § 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 39 – filed March 7, 2025]

vii. Motion for Leave for the Foreign Representative and the Ad Hoc Group to File a Reply and/or Joinder in Support of the Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 40 – filed March 7, 2025]

viii. Supplemental Declaration of Juan Pablo Estrada Michel Pursuant to 28 U.S.C. § 1746 in Support of the Foreign Representative's Reply in Support of Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. § 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 41 – filed March 7, 2025]

ix. Joinder of the Ad Hoc Group to the Debtor's Reply in Support of the Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect of Concurso Plan and Related Relief [Docket No. 42 – filed March 7, 2025]

x. Foreign Representative's Amended Witness and Exhibit List for Hearing Scheduled for March 11, 2025 at 3:00 p.m. (Prevailing Eastern Time) [Docket No. 43 – filed March 7, 2025]

xi. **Order Granting Motion for Leave for the Foreign Representative and the Ad Hoc Group to File a Reply and/or Joinder in Support of the Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521 [Docket No. 45 – entered March 10, 2025]**

xii. **United States International Development Finance Corporation's Witness and Exhibit List for Hearing Scheduled for March 11, 2025 At 3:00 p.m. (Prevailing Eastern Time) [Docket No. 47 – filed March 10, 2025]**

      xiii.    **Notice of Filing of Revised Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief [Docket No. 48 – filed March 10, 2025]**

      Status:  The hearing on this matter is going forward.

### CASE NO. 22-10630 (TMH)

2.    Motion for Entry of an Order (I) Approving the Withdrawal of the Verified Petition for Recognition of the Mexican Liquidation Proceeding, (II) Dismissing the Chapter 15 Case, and (III) Granting Related Relief [Docket No. 227– filed February 18, 2025]

      Objection / Response Deadline:    March 4, 2025 at 4:00 p.m. (ET)

      Objections / Responses Received:    None.

      Related Documents:   None.

      Status:  Subject to entry of an order of the Court approving the Recognition Motion, the hearing on this matter will go forward.

### CASE NO. 22-10696 (TMH)

3.    Joint Motion of the Putative Debtor and the Ad Hoc Group Dismissing the Involuntary Chapter 11 Petition Filed by the Ad Hoc Group [Docket No. 144 – filed February 18, 2025]

      Objection / Response Deadline:    March 4, 2025 at 4:00 p.m. (ET)

      Objections / Responses Received:    None.

      Related Documents:   None.

      Status:  Subject to entry of an order of the Court approving the Recognition Motion, the hearing on this matter will go forward.

Dated: March 10, 2025

Respectfully submitted,

*/s/ Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Richard S. Kebrdle (admitted *pro hac vice*) |
| Amanda Steele (No. 5530) | 200 South Biscayne Boulevard, Suite 4900 |
| 920 North King Street | Miami, FL 33131 |
| Wilmington, DE 19801 | Telephone: (305) 371-2700 |
| Telephone: (302) 651-7700 | Email: jcunningham@whitecase.com |
| Facsimile: (302) 651-7701 | rkebrdle@whitecase.com |
| Email: collins@rlf.com | |
| knight@rlf.com | Lilian Marques (admitted *pro hac vice*) |
| steele@rlf.com | Claire M. Campbell (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| *Attorneys for Robert Wagstaff, as Petitioner and Foreign Representative* | New York, NY 10020 |
| | Telephone: (212) 819-8200 |
| | Email: lilian.marques@whitecase.com |
| | claire.campbell@whitecase.com |
| | |
| | *Attorneys for Robert Wagstaff, as Petitioner and Foreign Representative* |