**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br>Case No. 25-10208 (TMH)<br><br>**Re: Docket No. 51** |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), the United States International Development Finance Corporation, a Party-in-Interest, submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1: Identify the appellant**

1. <u>Name of appellant</u>:

United States International Development Finance Corporation

2. <u>Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal</u>:

| For appeals in an adversary proceeding: | For appeals in a bankruptcy case and not in an adversary proceeding: |
|---|---|
| __ Plaintiff<br>__ Defendant<br>__ Other (describe) | __ Debtor<br><u>X</u> Creditor<br>__ Trustee<br>__ Other (describe) |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

The Bankruptcy Court's *Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief*

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

(the "Order") [Docket No. 51].  A copy of the Order and transcript of the hearing held on March 11, 2025 on the *Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Full Force and Effect to the Concurso Plan and Related Relief Pursuant to 11 U.S.C. §§ 105, 1507(a), 1509(b), 1515, 1517, 1520 and 1521* are attached hereto as **Exhibit 1**.

2. State the date on which the judgment, order, or decree was entered: March 11, 2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

**1. Debtor, Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.**

Counsel for the Debtor:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Amanda Steele (No. 5530)
Emily R. Mathews (No. 6866)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      knight@rlf.com
      steele@rlf.com
      mathews@rlf.com

- and -

WHITE & CASE LLP
John K. Cunningham
Richard S. Kebrdle
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Email: jcunningham@whitecase.com
      rkebrdle@whitecase.com

Lilian Marques
Claire Campbell

    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 819-8200
    Email: lilian.marques@whitecase.com
           claire.campbell@whitecase.com

**2. Foreign Representative, Robert Wagstaff**

Counsel for the Foreign Representative:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Amanda Steele (No. 5530)
Emily R. Mathews (No. 6866)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
       knight@rlf.com
       steele@rlf.com
       mathews@rlf.com

- and -

WHITE & CASE LLP
John K. Cunningham
Richard S. Kebrdle
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Email: jcunningham@whitecase.com
       rkebrdle@whitecase.com


Lilian Marques
Claire Campbell
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: lilian.marques@whitecase.com
       claire.campbell@whitecase.com

**3. Ad Hoc Group**

Counsel to Ad Hoc Group:

POTTER ANDERSON & CORROON LLP

3

        Christopher M. Samis (No. 4909)
        L. Katherine Good (No. 5101)
        Gregory J. Flasser (No. 6154)
        James R. Risener III (No. 7334)
        Shannon A. Forshay (No. 7293)
        1313 N. Market Street, 6th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 984-6000
        Email: kgood@potteranderson.com
               gflasser@potteranderson.com
               jrisener@potteranderson.com
               sforshay@potteranderson.com

- and -

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
David H. Botter
Carina S. Wallance
Miranda Hatch
Lucas Davidenco
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: dbotter@cgsh.com
       cwallance@cgsh.com
       mhatch@cgsh.com
       ldavidenco@cgsh.com

**Part 4: Optional election to have appeal heard by District Court**

N/A

**Part 5: Sign below**

|  |  |
|---|---|
| Dated:  March 25, 2025 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Fax: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

- and -

Benjamin Butterfield (*pro hac vice*)
Darren Smolarski (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: bbutterfield@mofo.com
dsmolarski@mofo.com

*Counsel for United States International Development Finance Corporation*