UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 25-10208          BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief

Docket #: 51          Date Entered: 3/11/2025

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 58 | Date Filed: 3/25/2025 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

United States International Development Finance Corporation

**Appellee/Cross Appellee**

Credito Real, S.A.B. de C.V. (Debtor)
SOFOM, E.N.R. (Debtor)
Robert Wagstaff, Foreign Representative
Ad Hoc Group

**Counsel for Appellant/Cross Appellant:**

Kevin M Capuzzi
John C Gentile
1313 N Market St, Suite 1201
Wilmington, DE 19801
(Additional attorneys listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Counsel for Debtor and Foreign Representative:
Mark D Collins
John H Knight
920 N King St
Wilmington, DE 19801

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:** Counsel for Ad Hoc Group:
Christopher Samis
1313 N Market St, 6th Floor
Wilmington, DE  10801
(Additional attorneys listed on notice of appeal)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/26/2025     **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-17